UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 11717
   JERRY L WOODWARD
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6568
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/30/07 and confirmed on 09/27/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   6240.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIDELITY BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIDELITY BANK | MORTGAGE ARRE | 64.18 | .00 | 64.18 |
| MIDWEST OPERATING ENGINE | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3000.00 | .00 | 3000.00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64.18 | .00 | 3000.00 | .00 | 3064.18 |
| PRINCIPAL PAID | 64.18 | .00 | 3000.00 | .00 | 3064.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 64.18 | .00 | 3000.00 | .00 | 3064.18 |

The Debtor's attorney, JOHN A REED                  , was allowed $   3500.00
and was paid $    626.00  direct and $   2874.00  through the plan.

The Trustee received $    301.82 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/16/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 07 B 11717 JERRY L WOODWARD
```